# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

133391

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

EDWARD L. GRACY,
        Defendant-Appellant.

SC: 133391
COA: 275175
Saginaw CC: 04-024313-FH

_____/

On order of the Court, the application for leave to appeal the February 12, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

_____
Clerk

t0618